# Order

Michigan Supreme Court
Lansing, Michigan

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

150791-5

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

          SC: 150791
          COA: 323544
          Wayne CC: 14-003946-FH

ERIC F. MILLER,
      Defendant-Appellee.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

          SC: 150792
          COA: 323545
          Wayne CC: 14-003946-FH

JOHN A. JONES,
      Defendant-Appellee.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

          SC: 150793
          COA: 323546
          Wayne CC: 14-003946-FH

ROBERT A. WATSON,
      Defendant-Appellee.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

          SC: 150794
          COA: 323547
          Wayne CC: 14-003946-FH

MORENO TAYLOR,
        Defendant-Appellee.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v                                                    SC: 150795
                                                     COA: 323548
                                                     Wayne CC: 14-004836-FH

KENNETH RUSS,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the November 14, 2014 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015

t0513                                                        Clerk